UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JUAN ANTONIO OLVERA FLORES, § § *Petitioner*, § § v. § § WARDEN MARY DE ANDA-YBARRA, § FIELD OFFICE DIRECTOR OF § ENFORCEMENT AND REMOVAL § OPERATIONS, EL PASO FIELD § OFFICE, IMMIGRATION AND § CUSTOMS ENFORCEMENT, § WARDEN OF ERO EL PASO CAMP § EAST MONTANA; TODD M. LYONS, § IN HIS OFFICIAL CAPACITY AS § ACTING DIRECTOR, § IMMIGRATION AND CUSTOMS § ENFORCEMENT, U.S. DEPARTMENT § OF HOMELAND SECURITY; KRISTI § NOEM, IN HIS OFFICIAL CAPACITY § AS SECRETARY, U.S. DEPARTMENT § OF HOMELAND SECURITY; and § PAMELA BONDI, IN HIS OFFICIAL § CAPACITY AS ATTORNEY § GENERAL OF THE UNITED STATES, § § *Respondents*. § | No. 3:26-CV-00065-LS |

## ORDER FOR SERVICE

Petitioner Juan Antonio Olvera Flores challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 9, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 20, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**