# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JUAN ANTONIO OLVERA FLORES, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| MARY DE ANDA-YBARRA, FIELD § | |
| OFFICE DIRECTOR OF § | |
| ENFORCEMENT AND REMOVAL § | |
| OPERATIONS, EL PASO FIELD § | |
| OFFICE, IMMIGRATION AND § | |
| CUSTOMS ENFORCEMENT, § | No. 3:26-CV-00065-LS |
| WARDEN OF ERO EL PASO CAMP § | |
| EAST MONTANA; TODD M. LYONS, § | |
| IN HIS OFFICIAL CAPACITY AS § | |
| ACTING DIRECTOR, § | |
| IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT, U.S. DEPARTMENT § | |
| OF HOMELAND SECURITY; KRISTI § | |
| NOEM, IN HIS OFFICIAL CAPACITY § | |
| AS SECRETARY, U.S. DEPARTMENT § | |
| OF HOMELAND SECURITY; AND § | |
| PAMELA JO BONDI, IN HIS § | |
| OFFICIAL CAPACITY AS § | |
| ATTORNEY GENERAL OF THE § | |
| UNITED STATES, § | |
| § | |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation for Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 12.

2

**SIGNED** and **ENTERED** on March 2, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**